Certificate Number: 02998-PAM-DE-029382312

Bankruptcy Case Number: 17-00172



02998-PAM-DE-029382312

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 7, 2017</u>, at <u>12:55</u> o'clock <u>PM EDT</u>, <u>Nicholas A Gross</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: June 7, 2017         By: /s/Maria Gomez

                           Name: Maria Gomez

                           Title: Counselor